UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD STOCKMYER,

          Plaintiff,

    v.

ADMIRE, KLEPS, CANE, JULIE SMITH, MICHAEL HOTLHE,

          Defendant.

CASE NO. 3:16-CV-05681-RBL-DWC

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

    Plaintiff Donald Stockmyer, proceeding *pro se* and *in forma pauperis*, filed this civil rights Complaint under 42 U.S.C. § 1983. Presently pending in this action is Defendants' Motion for a More Definite Statement and Plaintiff's Motion to Amend. Dkt. 15, 18. After reviewing the Motions, Plaintiff's Motion to Amend is granted and Defendants' Motion for a More Definite Statement is denied as moot.

    **I.**    **Motion to Amend (Dkt. 18)**

    On October 10, 2016, Defendants filed a Motion for a More Definite Statement requesting Plaintiff be directed to file an amended complaint. *See* Dkt. 15. Plaintiff filed a Motion to Amend seeking permission to add a defendant to his Complaint on October 26,

1    2016. *See* Dkt. 18. In the Response to the Motion to Amend, Defendants state they have no

2    objection to Plaintiff filing an amended complaint. Dkt. 20 However, Defendants request

3    Plaintiff be required to file an amended complaint which includes all the alleged

4    constitutional violations and completely replaces the Complaint. *Id*.

5         Accordingly, Plaintiff's Motion to Amend is granted. Plaintiff is directed to file an

6    amended complaint and within the amended complaint, he must write a short, plain statement

7    telling the Court: (1) the constitutional right(s) Plaintiff believes was violated; (2) the name of

8    the person who violated the right(s); (3) exactly what the individual did or failed to do; (4) how

9    the action or inaction of the individual is connected to the violation of Plaintiff's constitutional

10   right(s); and (5) what specific injury Plaintiff suffered because of the individual's conduct. *See*

11   *Rizzo v. Goode*, 423 U.S. 362, 371–72, 377, 96 S.Ct. 598, 46 L.Ed.2d 561 (1976).

12        Plaintiff shall present the amended complaint on the form provided by the Court. The

13   amended complaint must be legibly rewritten or retyped in its entirety, it should be an original

14   and not a copy, it should contain the same case number, and it may not incorporate any part of

15   the original Complaint by reference. The amended complaint will act as a complete substitute for

16   the original Complaint, and not as a supplement. The original Complaint and any filings

17   attempting to add claims to the original Complaint will be considered non-existent.

18        Plaintiff must file the amended complaint by December 15, 2016. The Clerk is directed

19   to send Plaintiff a 42 U.S.C. § 1983 civil rights complaint form.

20        **II.   Motion for a More Definite Statement (Dkt. 15)**

21        In the Motion for a More Definite Statement, Defendants request the Court order

22   Plaintiff to file an amended complaint which furnishes more information. Dkt. 15. As the

23

24

1  Court has granted Plaintiff's Motion to Amend and ordered Plaintiff to file an amended
2  complaint, Defendants' Motion for a More Definite Statement is denied as moot.
3         Dated this 15th day of November, 2016.

                                                    _____
                                                    David W. Christel
                                                    United States Magistrate Judge