UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD STOCKMYER,

           Plaintiff,

    v.

ADMIRE et al.,

           Defendants.

CASE NO. 3:16-CV-05681-RBL-DWC

ORDER

      The District Court has referred this action, filed pursuant to 42 U.S.C. §1983, to United States Magistrate Judge David W. Christel. Plaintiff, proceeding *pro se* and *in forma pauperis*, filed this civil rights Complaint pursuant to 42 U.S.C. § 1983.

      In a letter sent to the Court, which the Court construes as a Motion for Clarification ("Motion"), Plaintiff requests the Court clarify the parties' obligations regarding the Court's Mandatory Pretrial Discovery and Scheduling Order (Dkt. 26, "Scheduling Order"). Dkt.27. Defendants filed a response. Dkt. 28. The Court grants Plaintiff's Motion and clarifies the Scheduling Order as stated below.

ORDER - 1

1       Plaintiff seeks clarification regarding the necessity of the Scheduling Order, as the parties

2 have not yet had an opportunity to meet and confer. Dkt. 27 at 2. Because Plaintiff's Amended

3 Complaint survived 28 U.S.C. § 1915 screening and Defendants filed an Answer, Dkt. 25, the

4 Court entered the Scheduling Order. Dkt. 26. *See also* Amended General Order 09-16,

5 Mandatory Pretrial Discovery in Pro Se Prisoner 42 U.S.C. § 1983 cases. Pursuant to Section

6 I(A)(8) of the Scheduling Order, a discovery conference is only necessary if the parties have a

7 dispute after making the disclosures required by the Scheduling Order. Dkt. 26 at 4. Thus, the

8 parties are not required to meet and confer unless a discovery dispute arises.

9       Plaintiff also states he does not have the funds to provide copies of all of the documents

10 he can obtain from the Department of Corrections. Dkt. 27 at 2-3. Section I(A)(1) of the

11 Scheduling Order requires Plaintiff to produce to Defendants, copies of all documents and other

12 materials which are in Plaintiff's care, custody or control. Dkt. 26 at 1. Thus, Plaintiff is not

13 required to provide documents to Defendants which are in the care, custody, or control of the

14 Department of Corrections. *See id.* The Scheduling Order also provides that documents which

15 are in Plaintiff's care, custody or control must be provided to Defendants with copies of the first

16 50 pages provided at the expense of the producing party. Dkt. 26 at 5. The requesting party must

17 pay for pages in excess of 50. *Id.* In the event Plaintiff does not have the funds to provide

18 copies, he may provide Defendants with a list of the documents in his possession, which

19 identifies each document by date, author, subject matter, and number of pages. Dkt. 26 at 5.

20       Dated this 25th day of January, 2017.

/s/ David W. Christel
David W. Christel
United States Magistrate Judge

ORDER - 2